UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DIANA PEREZ,<br><br>                    Plaintiff,<br><br>v.<br><br>MY IDEAL PROPERTY, INC., RON BOROVINSKY, ISAAC ARONOV, ISKYO ARONOV, MOISEY ISKHAKOV, MICHAEL HELETZ, MICHAEL GENDIN, LL FUND, INC., LL ORGANIZATION, INC., PHASE 2 DEVELOPMENT LLC, IA INVESTORS, LLC, MIP PARTNERS LLC, MY IDEAL PROPERTY GROUP LLC, MY IDEAL PROPERTY ROCKAWAY BLVD LLC, MIP MANAGEMENT INC., SETTLE NY CORP, AND AFFILIATE ENTITIES 1-1000,<br><br>                    Defendants. | **FILED UNDER SEAL**<br><br>Civil Action No.<br>16-CV-4853<br><br>(Brodie, J.)<br>(Pollak, M.J.) |

## THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby elects to intervene and proceed in this action as against the following defendants named by relator Diana Perez:  Iskyo Aronov (also known as Isaac Aronov), Ron Borovinsky, IA Investors LLC, LL Fund Inc., LL Organization Inc., MIP Management Inc., My Ideal Property Group LLC, My Ideal Property Rockaway Blvd LLC, Phase 2 Development LLC, and Settle NY Corp.  The United States is also filing a Complaint-In-Intervention in this action that names the above defendants, as well as the following additional defendants: Michael Konstantinovskiy, 175 Vernon Ave Inc, 308 Linden St LLC, 752 Management LLC, 1021 B Holdings LLC, 1083 Lafayette Avenue, LLC, 1178 Gates Ave Inc, 2320 Baeumont Ave Unit 3D

LLC, 1S8C Holdings LLC, AG2 Equities, Inc., Arbie Management Inc., Bedstuy Group LLC, Bert Holdings LLC, BNE Management LLC, Etuy Equities LLC, IJ Development LLC, MI 1 Holdings LLC, National Homeowners Assistance Inc., PIM Equities Inc., Zor Equities LLC, and ZT Equities LLC. The United States reserves all rights to amend its Complaint-In-Intervention to proceed in this action against any other defendants.

The United States requests that the Court unseal the following documents filed in this action: relator's Complaint and all exhibits thereto; this Notice; the United States' Complaint-In-Intervention and Summonses; and the attached proposed Order. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: Brooklyn, New York  
       December 17, 2020

SETH D. DUCHARME  
ACTING UNITED STATES ATTORNEY  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, New York 11201

By:   /s/ Michael J. Castiglione  
Michael J. Castiglione  
Assistant United States Attorney  
Tel: (718) 254-7533  
Michael.Castiglione@usdoj.gov

2