# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff(s)* <br> v. <br> ISKYO ARONOV, RON BOROVINSKY, MICHAEL KONSTANTINOVSKIY, 175 VERNON AVE INC, ET AL. <br> *Defendant(s)* | Civil Action No. 16-CV-4853 (MKB)(CLP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SEE ATTACHMENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> AUSA Michael J. Castiglione
> U.S. Attorney's Office, Eastern District of New York
> 271-A Cadman Plaza East, 7th Floor
> Brooklyn, New York 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/5/2021

s/Francine Piper
*Signature of Clerk or Deputy Clerk*

Civil Action No. 16-CV-4853 (MKB)(CLP)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

-versus-

ISKYO ARONOV, RON BOROVINSKY, MICHAEL KONSTANTINOVSKIY, 175 VERNON AVE INC, 308 LINDEN ST LLC, 752 MANAGEMENT LLC, 1021 B HOLDINGS LLC, 1083 LAFAYETTE AVENUE, LLC, 1178 GATES AVE INC, 2320 BAEUMONT AVE UNIT 3D LLC, 1S8C HOLDINGS LLC, AG2 EQUITIES, INC., ARBIE MANAGEMENT INC., BEDSTUY GROUP LLC, BERT HOLDINGS LLC, BNE MANAGEMENT LLC, ETUY EQUITIES LLC, IA INVESTORS LLC, IJ DEVELOPMENT LLC, LL FUND INC., LL ORGANIZATION INC., MI 1 HOLDINGS LLC, MIP MANAGEMENT INC., MY IDEAL PROPERTY GROUP LLC, MY IDEAL PROPERTY ROCKAWAY BLVD LLC, NATIONAL HOMEOWNERS ASSISTANCE INC., PHASE 2 DEVELOPMENT LLC, PIM EQUITIES INC., SETTLE NY CORP, ZOR EQUITIES LLC, AND ZT EQUITIES LLC,

        Defendants.

Civil Action No. 16-CV-4853
(Brodie, J.)
(Pollak, M.J.)

**ATTACHMENT TO SUMMONS**

| CORPORATE DEFENDANT | DEPARTMENT OF STATE PROCESS ADDRESS |
|---|---|
| 175 Vernon Ave Inc | P.O. Box 750456<br>Forest Hills, NY 11375 |
| 308 Linden St LLC | P.O. Box 750456<br>Forest Hills, NY 11375 |
| 752 Management LLC | 160-23 Rockaway Blvd, Ste 117<br>Jamaica, NY 11434 |
| 1021 B Holdings LLC | c/o Iskyo Aronov<br>84-28 63rd Ave<br>Middle Village, NY 11379 |
| 1083 Lafayette Avenue, LLC | P.O. Box 750456<br>Forest Hills, NY 11375 |
| 1178 Gates Ave Inc* | P.O. Box 750456<br>Forest Hills, NY 11375 |
| 2320 Baeumont Ave Unit 3D LLC | 118-60 218 Street<br>Cambria Heights, NY 11411 |
| 1S8C Holdings LLC | c/o Refoilio Holdings LLC<br>116-55 Queens Blvd, Ste 206<br>Forest Hills, NY 11375 |
| AG2 Equities, Inc.* | P.O. Box 150057<br>Kew Gardens, NY 11415 |
| Arbie Management Inc. | 65-14 108th Street,<br>Forest Hills, NY 11375 |
| Bedstuy Group LLC | P.O. Box 750456<br>Forest Hills, NY 11375 |
| Bert Holdings LLC | c/o Albert Gavriyelov<br>PO Box 200595<br>South Ozone Park, NY 11420 |
| BNE Management LLC | P.O. Box 747912<br>Rego Park, NY 11374 |

| Entity | Address |
|---|---|
| Etuy Equities LLC | c/o Ron Borovinsky<br>204-17 Hillside Ave, Ste 328<br>Hollis, NY 11423 |
| IA Investors LLC | 16 Paddock Road<br>White Plains, NY 10605 |
| IJ Development LLC | c/o Iskyo Aronov<br>116-55 Queens Blvd, Ste. 206<br>Forest Hills, NY 11375 |
| LL Fund Inc. | 116-55 Queens Blvd<br>Forest Hills, NY 11375 |
| LL Organization Inc. | 116-55 Queens Blvd, #206<br>Forest Hills, NY 11375 |
| MI 1 HOLDINGS LLC | 61-15 98th Street, Apt 15M<br>Rego Park, NY 11374 |
| MIP Management Inc. | 116-55 Queens Blvd, Ste. 206<br>Forest Hills, NY 11375 |
| My Ideal Property Group LLC | c/o Iskyo Aronov<br>84-28 63rd Ave<br>Middle Village, NY 11379 |
| My Ideal Property Rockaway Blvd LLC | 142-58 Rockaway Blvd<br>South Ozone Park, NY 11436 |
| National Homeowners Assistance Inc. | 135 98th St., Apt. 2C<br>Rego Park, NY 11374 |
| Phase 2 Development LLC | c/o Iskyo Aronov<br>116-55 Queens Blvd, Ste. 206<br>Forest Hills, NY 11375 |
| PIM Equities Inc. | P.O. Box 150057<br>Kew Gardens, NY 11415 |
| R&J Org. Inc. | 116-55 Queens Blvd, Ste. 206<br>Forest Hills, NY 11375 |
| Settle NY Corp | 64-31 108th St., #1222<br>Forest Hills, NY 11375 |

| | |
|:---:|:---|
| Zor Equities LLC | 76-15 166th Street<br>Fresh Meadows, NY 11366 |
| ZT Equities LLC | 248 Forest Drive<br>Jericho, NY 11753 |