UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                    Civil Action No.
- against -                                    1:16-cv-04853-MKB-CLP

ISKYO ARONOV, et al.,                         **NOTICE OF**
                                                                          **APPEARANCE**
                      Defendant.
---------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that Kevin J. Keating, Esq. of the Law Office of Kevin J. Keating, P.C., an attorney duly admitted to practice law in this Court, hereby enters an appearance for Defendant ISKYO ARONOV.

Dated:  Garden City, New York
          January 11, 2021

                                                  Respectfully submitted,

                                                  LAW OFFICE OF KEVIN J. KEATING, P.C.

                                                  /s/ *Kevin J. Keating*
                                                  By: Kevin J. Keating, Esq.
                                                  *Attorney for Defendant, Iskyo Aronov*
                                                  666 Old Country Road, Suite 900
                                                  Garden City, New York 11530
                                                  (516) 222-1099
                                                  Email: kevin@kevinkeatinglaw.com