UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DIANA PEREZ,<br><br>         Plaintiff,<br>  *-versus-*<br><br>MY IDEAL PROPERTY, INC., RON BOROVINSKY, ISAAC ARONOV, ISKYO ARONOV, MOISEY ISKHAKOV, MICHAEL HELETZ, MICHAEL GENDIN, LL FUND, INC., LL ORGANIZATION, INC., PHASE 2 DEVELOPMENT LLC, IA INVESTORS LLC, MIP PARTNERS, LLC, MY IDEAL PROPERTY GROUP LLC, MY IDEAL PROPERTY ROCKAWAY BLVD LLC, MIP MANAGEMENT INC., SETTLE NY CORP., AND AFFILIATE ENTITIES 1-1000,<br><br>         Defendants. | DOCKET NO.: 16-CV-4853<br>(Brodie, J.)<br>(Pollak, M.J.)<br><br>**NOTICE OF APPEARANCE** |
| UNITED STATES OF AMERICA,<br><br>         Plaintiff-Intervenor,<br>  *-versus-*<br><br>ISKYO ARONOV, RON BOROVINSKY, MICHAEL KONSTANTINOVSKIY, 175 VERON AVE INC, 308 LINDEN ST LLC, 725 MANAGEMENT LLC, 1021 B HOLDINGS LLC, 1083 LAFAYETTE AVENUE, LLC, 1178 GATES AVE INC, 2320 BAEUMONT AVE UNIT 3D LLC, 1S8C HOLDINGS LLC, AG2 EQUITIES, INC., ARBIE MANAGEMENT INC., BEDSTUY GROUP LLC, BERT HOLDINGS LLC, BNE MANAGEMENT LLC, ETUY EQUITIES LLC, IA INVESTORS LLC, IJ DEVELOPMENT LLC, LL FUND INC., LL ORGANIZATION INC., MI 1 HOLDINGS LLC, MIP MANAGEMENT INC., MY IDEAL PROPERTY GROUP, LLC, MY IDEAL PROPERTY ROCKAWAY BLVD LLC, NATIONAL HOMEOWNERS ASSISTANCE INC., PHASE 2 DEVELOPMENT LLC, PIM EQUITIES INC., SETTLE NY CORP, ZOR EQUITIES LLLC, AND ZT EQUITIES LLC<br>         Defendants. | |

{N0262783.1}

**PLEASE TAKE NOTICE** that Alan E. Sash of the law firm of McLaughlin & Stern LLP, who is admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendants Ron Borovinsky and Arbie Management Inc.

Date:   January 14, 2021
        New York, New York

                                /s/ Alan E. Sash
                                Alan E. Sash, Esq.
                                McLaughlin & Stern, LLP
                                260 Madison Avenue
                                New York, New York 10016
                                asash@mclaughlinstern.com
                                Telephone:   (212) 448-1100
                                Fax:   (212) 448-0066

{N0262783.1}