AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

UNITED STATES OF AMERICA ex rel.
DIANA PEREZ,

*Plaintiff(s)*

v.

MY IDEAL PROPERTY, INC., et al., see attached

*Defendant(s)*

Civil Action No. 1:16-cv-04853-MKB-CLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Moisey Mo Iskhakov
Queens, NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Levy Konigsberg, LLP
800 Third Ave, 11th Floor
New York, New York 10022
(212)605-6200
(212)605-6290 (facsimile)
Attn: Brendan Little, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 02/24/2021

s/Tiffeny Lee
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:16-cv-04853-MKB-CLP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

FILED
CLERK

2016 AUG 30  PM 4: 12

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DIANA PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MY IDEAL PROPERTY, INC., RON BOROVINSKY, ISAAC ARONOV, ISKYO ARONOV, MOISEY ISKHAKOV, MICHAEL HELETZ, MICHAEL GENDIN, LL FUND, INC., LL ORGANIZATION, INC., PHASE 2 DEVELOPMENT LLC, IA INVESTORS, LLC, MIP PARTNERS LLC, MY IDEAL PROPERTY GROUP LLC, MY IDEAL PROPERTY ROCKAWAY BLVD LLC, MIP MANAGEMENT INC., SETTLE NY CORP, and AFFILIATE ENTITIES 1-1000,<br><br>Defendants. | **CV 16 - 4853**<br>Case No.<br><br>FILED IN CAMERA AND UNDER SEAL<br><br>JURY TRIAL DEMANDED<br><br>**BRODIE, J.**<br>**POLLAK, M.J.** |

### RELATOR'S ORIGINAL COMPLAINT

On behalf of the United States of America ("United States") and herself, Relator Diana Perez ("Relator") files this *qui tam* complaint against My Ideal Property, Inc., Ron Borovinsky, Isaac Aronov, Iskyo Aronov, Moisey Iskhakov, Michael Heletz, Michael Gendin, LL Fund, Inc., LL Organization, Inc., Phase 2 Development LLC, IA Investors, LLC, MIP Partners LLC, My Ideal Property Group LLC, My Ideal Property Rockaway Blvd LLC, MIP Management Inc., Settle NY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DIANA PEREZ,<br><br>*Plaintiff(s)*<br>v.<br>MY IDEAL PROPERTY, INC., et al., see attached<br><br>*Defendant(s)* | Civil Action No. 1:16-cv-04853-MKB-CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Heletz
Excel Development Group
116- 55 Queens Blvd Suite 206
Forest Hills NY 11375.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Levy Konigsberg, LLP
800 Third Ave, 11th Floor
New York, New York 10022
(212)605-6200
(212)605-6290 (facsimile)
Attn: Brendan Little, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 02/24/2021

s/Tiffeny Lee
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:16-cv-04853-MKB-CLP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DIANA PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MY IDEAL PROPERTY, INC., RON BOROVINSKY, ISAAC ARONOV, ISKYO ARONOV, MOISEY ISKHAKOV, MICHAEL HELETZ, MICHAEL GENDIN, LL FUND, INC., LL ORGANIZATION, INC., PHASE 2 DEVELOPMENT LLC, IA INVESTORS, LLC, MIP PARTNERS LLC, MY IDEAL PROPERTY GROUP LLC, MY IDEAL PROPERTY ROCKAWAY BLVD LLC, MIP MANAGEMENT INC., SETTLE NY CORP, and AFFILIATE ENTITIES 1-1000,<br><br>Defendants. | **CV 16 -  4853**<br>Case No.<br><br>FILED IN CAMERA AND UNDER SEAL<br><br>JURY TRIAL DEMANDED<br><br>BRODIE, J.<br>POLLAK, M.J. |

### RELATOR'S ORIGINAL COMPLAINT

On behalf of the United States of America ("United States") and herself, Relator Diana Perez ("Relator") files this *qui tam* complaint against My Ideal Property, Inc., Ron Borovinsky, Isaac Aronov, Iskyo Aronov, Moisey Iskhakov, Michael Heletz, Michael Gendin, LL Fund, Inc., LL Organization, Inc., Phase 2 Development LLC, IA Investors, LLC, MIP Partners LLC, My Ideal Property Group LLC, My Ideal Property Rockaway Blvd LLC, MIP Management Inc., Settle NY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

UNITED STATES OF AMERICA, ex rel.
DIANA PEREZ,

*Plaintiff(s)*

v.

MY IDEAL PROPERTY, INC., et al., see attached

*Defendant(s)*

Civil Action No. 1:16-cv-04853-MKB-CLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Gendin
116- 55 Queens Blvd
Forest Hills NY 11375

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Levy Konigsberg, LLP
800 Third Ave, 11th Floor
New York, New York 10022
(212)605-6200
(212)605-6290 (facsimile)
Attn: Brendan Little, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 02/24/2021

s/Tiffeny Lee
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:16-cv-04853-MKB-CLP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

FILED
CLERK

2016 AUG 30 PM 4:12

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DIANA PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MY IDEAL PROPERTY, INC., RON BOROVINSKY, ISAAC ARONOV, ISKYO ARONOV, MOISEY ISKHAKOV, MICHAEL HELETZ, MICHAEL GENDIN, LL FUND, INC., LL ORGANIZATION, INC., PHASE 2 DEVELOPMENT LLC, IA INVESTORS, LLC, MIP PARTNERS LLC, MY IDEAL PROPERTY GROUP LLC, MY IDEAL PROPERTY ROCKAWAY BLVD LLC, MIP MANAGEMENT INC., SETTLE NY CORP, and AFFILIATE ENTITIES 1-1000,<br><br>Defendants. | **CV 16 - 4853**<br>Case No.<br><br>FILED IN CAMERA AND UNDER SEAL<br><br>JURY TRIAL DEMANDED<br><br>BRODIE, J.<br>POLLAK, M.J. |

### RELATOR'S ORIGINAL COMPLAINT

On behalf of the United States of America ("United States") and herself, Relator Diana Perez ("Relator") files this *qui tam* complaint against My Ideal Property, Inc., Ron Borovinsky, Isaac Aronov, Iskyo Aronov, Moisey Iskhakov, Michael Heletz, Michael Gendin, LL Fund, Inc., LL Organization, Inc., Phase 2 Development LLC, IA Investors, LLC, MIP Partners LLC, My Ideal Property Group LLC, My Ideal Property Rockaway Blvd LLC, MIP Management Inc., Settle NY