AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____.

Date: _____      _Gordon Mehle_____
                                                    *Attorney's signature*

                              _____
                                            *Printed name and bar number*

                              _____
                                                         *Address*

                              _____
                                                     *E-mail address*

                              _____
                                                    *Telephone number*

                              _____
                                                       *FAX number*