UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.* DIANA PEREZ,

Plaintiff,

-*versus*-

MY IDEAL PROPERTY, INC., RON BOROVINSKY, ISAAC ARONOV, ISKYO ARONOV, MOISEY ISKHAKOV, MICHAEL HELETZ, MICHAEL GENDIN, LL FUND, INC., LL ORGANIZATION, INC., PHASE 2 DEVELOPMENT LLC, IA INVESTORS, LLC, MIP PARTNERS LLC, MY IDEAL PROPERTY GROUP LLC, MY IDEAL PROPERTY ROCKAWAY BLVD LLC, MIP MANAGEMENT INC., SETTLE NY CORP, AND AFFILIATE ENTITIES 1-1000,

Defendants.

16-CV-4853
(Brodie, J.)
(Pollak, M.J.)

---

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

-*versus*-

ISKYO ARONOV, RON BOROVINSKY, MICHAEL KONSTANTINOVSKIY, 175 VERNON AVE INC, 308 LINDEN ST LLC, 752 MANAGEMENT LLC, 1021 B HOLDINGS LLC, 1083 LAFAYETTE AVENUE, LLC, 1178 GATES AVE INC, 2320 BAEUMONT AVE UNIT 3D LLC, 1S8C HOLDINGS LLC, AG2 EQUITIES, INC., ARBIE MANAGEMENT INC., BEDSTUY GROUP LLC, BERT HOLDINGS LLC, BNE MANAGEMENT LLC, ETUY EQUITIES LLC, IA INVESTORS LLC, IJ DEVELOPMENT LLC, LL FUND INC., LL ORGANIZATION INC., MI 1 HOLDINGS LLC, MIP MANAGEMENT INC., MY IDEAL PROPERTY GROUP LLC, MY IDEAL PROPERTY ROCKAWAY BLVD

IT IS HEREBY CONSENTED that Bushell, Sovak, Kane & Sash, LLP of 274 Madison Avenue, Suite 1500, New York, New York 10016, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of McLaughlin & Stern, LLP of 260 Madison Avenue, New York, New York 10016 as of the date hereof.

Dated: New York, New York
July 31, 2023

Outgoing Attorneys

McLaughlin & Stern, LLP

By: _____
Print Name: Jonathan Jeremias

By: _____
RON BOROVINSKY
ARBIE MANAGEMENT INC.

Incoming Attorneys

Bushell, Sovak, Kane & Sash, LLP

By: _____
Print Name: Alan E. Sash

SO ORDERED:

_____

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF _____    )

On the ___ day of _____, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared Ron Borovinsky personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her individual capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of whom the individual acted, executed the instrument.

_____
Notary Public

CHRISTINA COLE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CO6432517
Qualified in KINGS County
Commission Expires MAY 2, 2026

8/21/23