**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2026

By ECF

The Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *U.S. ex rel. Perez v. My Ideal Property, Inc. et al.,*
Civil Action No. 16-CV-04853

Dear Judge Cross-Goldenberg:

Pursuant to the Court's Order of June 18, 2026, the United States writes to provide the Court with a status update.

As the Court is aware, by order of April 1, 2021, this matter has been stayed pending the conclusion of a related criminal matter. That criminal case – *United States v. Aronov*, Criminal Action No. 19-CR-00408 – has not yet concluded. We note that two of the defendants in the criminal matter – Iskyo Aronov and Michael Konstantinovskiy – are individual defendants in the civil matter. The sentencings for these individual defendants, which had been scheduled for June and July, have been rescheduled. Mr. Aronov is now scheduled for a sentencing hearing on October 1, 2026; Mr. Konstantinovskiy's sentencing has been adjourned without a specific date. We note, too, that there continue to be factual and legal issues in dispute in the criminal matter that, once resolved, will likely impact legal and factual issues in the civil matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: *\/s/ Michael S. Blume*
Michael S. Blume
Assistant U.S. Attorney
(718) 254-6479